JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| OPTIMER PERFORMANCE FIBERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PELAGIC, INC., <br><br> Defendant. | Case No: SACV 15-1583 JLS (KESx) <br><br> **ORDER DISMISSING ACTION** <br><br> Hon. Josephine L. Staton <br> United States District Judge |

This Court, having read and considered the parties' Stipulation of Dismissal, and finding good cause therefor, hereby orders as follows:

1. Plaintiff's Complaint for Patent Infringement and Demand for Jury Trial, filed on October 1, 2015, shall be dismissed in its entirety, with prejudice.

2. Each party shall bear their own attorneys' fees, expenses, and costs of suit.

**IT IS SO ORDERED.**

**Dated this 11th day of December 2015.**

JOSEPHINE L. STATON
_____
**THE HONORABLE JOSEPHINE L. STATON**
**UNITED STATES DISTRICT JUDGE**